UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTWON PERRY,<br><br>Defendant. | Crim. Action No. 04cr511   (CKK) |

### ORDER

This case comes before the Court upon the receipt of a Report and Recommendation dated February 15, 2012, from Magistrate Judge Deborah Robinson. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 24th day of February, 2012,

**ORDERED** that the Report and Recommendation is hereby ADOPTED and the supervised release is revoked.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

